UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

VERONICA ANN BACA,

    Plaintiff,

v.                                                  Civ. No. 20-225 WJ/GJF

ANDREW M. SAUL,
*Commissioner of the Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed his Proposed Findings and Recommended Disposition ("PFRD") on April 13, 2021, in which he recommended that the decision of the Administrative Law Judge be affirmed. [ECF 30]. The PFRD notified the parties of their ability to file objections no later than April 27, 2021 (fourteen days after filing of the PFRD), and that failure to do so waived appellate review. As neither party filed any objections by that date, the Court concludes that appellate review has been waived.

Wherefore,

**IT IS ORDERED** that**:**

1. The Magistrate Judge's PFRD [ECF 30] is **ADOPTED**;

2. Plaintiff's Motion to Remand [3CF 23] is **DENIED**; and

3. A final order is entered concurrently herewith **DISMISSING THIS CASE WITH PREJUDICE**.

                                                    WILLIAM P. JOHNSON
                                                    CHIEF UNITED STATES DISTRICT JUDGE